WOOD v. HUBBARD et al. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Sarah L. Wood against Richard P. Hubbard and others. No opinion. Motions for reargument and for modification denied. Motion for leave to go to the court of appeals denied, with $10 costs. See 51 N. Y. Supp. 526.

WOODBURY, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by John H. Woodbury against Walter G. Newman. B. P. Stratton, for appellant. B. Patterson, for respondent. No opinion. Judgment and order affirmed, with costs.

YOUGHIOGHENY & L. COAL CO., Respondent, v. WASHBURNE, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by the Youghiogheny & Lehigh Coal Company against Adelaide S. Washburne. W. B. Ellison, for appellant. F. R. Pendleton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNG v. FARWELL. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by George W. Young against John V. Farwell, Jr. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 283.